**JS-6**
Admin Close

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANDERSEN, CORRINE PACHECO, DIANA CASTILLO and OSCAR REYES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. a corporation, and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. 5:23-cv-00027-JGB-SP<br><br>**ORDER TO CERTIFY JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(B) AND TO STAY CASE PENDING APPEAL**<br><br>Complaint Filed:  11/30/2022<br>Action Removed:  01/06/2023 |

Case No. 5:23-cv-00027-JGB-SP

ORDER TO CERTIFY JUDGEMENT AND STAY CASE

# ORDER

The Court has read and considered the Stipulation To Certify Judgment Under Federal Rule Of Civil Procedure 54(B) And To Stay Case Pending Appeal ("Stipulation") filed by Plaintiffs Eric Andersen, Corrine Pacheco, Diana Castillo and Oscar Reyes and Defendant United Parcel Service, Inc. For the reasons stated in the Stipulation, and for good cause shown, the Court hereby APPROVES the Stipulation and orders as follows:

1. Final judgment under Rule 54(b) is entered on Plaintiffs' claims for (1) wrongful termination; (2) retaliation; (3) unpaid wages pursuant to Labor Code section 204, 210, 216, 221; (4) failure to pay final wages at termination; (5) failure to provide timely and accurate wage statements; (6) breach of contract; (7) promissory estoppel; (8) negligent supervision and negligent retention; and (9) Reyes's claim for unreimbursed business expenses; and

2. Plaintiffs Andersen, Pacheco, and Castillo's claims for unreimbursed business expenses under Labor Code section 2802 and Plaintiffs Pacheco and Reyes's claims for failure to provide employment records are stayed pending Plaintiffs' Rule 54(b) appeal.

**IT IS SO ORDERED.**

Dated: July 18, 2024

HON. JESUS G. BERNAL
United States District Judge