| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 14 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ERIC ANDERSEN; et al.,

    Plaintiffs - Appellants,

 v.

UNITED PARCEL SERVICE, INC. (DELAWARE), a corporation and DOES, 1-20, inclusive,

    Defendants - Appellees.

No. 24-4889

D.C. No. 5:23-cv-00027-JGB-SP

Central District of California, Riverside

MANDATE

The judgment of this Court, entered July 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT